**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GLADYS LEANDRO,

                     Plaintiff,                        19 **CIVIL** 2108 (JCM)

               -against-                        **JUDGMENT**

WAL-MART SUPERCENTER STORE #2104,
WAL-MART STORES EAST, LP, WAL-MART
STORES, INC. and WAL-MART
ASSOCIATES, INC.,

                     Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 30, 2021, Defendants' motion for summary judgment is granted and judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York
          June 30, 2021

                                                                  **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                                **BY:**
                                                                      **Deputy Clerk**